

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CALVIN V. ATTYBERRY,

    Defendant.

Case: 4:23-cr-20584
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 10-18-2023
SEALED MATTER (tt)

Violation:

18 U.S.C. § 922(g)(1)

## INDICTMENT

FILED
OCT 18 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF A FIREARM
### 18 U.S.C. § 922(g)(1)

On or about February 11, 2023, in the Eastern District of Michigan, CALVIN ATTYBERRY, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a FN, model 57, 5.7 x 28 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction for the offense charged in Count One, Calvin Attyberry shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, a FN, model 57, 5.7 x 28 caliber, semi-automatic pistol, serial number 386339076, and ammunition.

**THIS IS A TRUE BILL.**

Dated: Oct. 18, 2023              s/ GRAND JURY FOREPERSON
                                  GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE                s/BLAINE LONGSWORTH
ANTHONY P. VANCE                  BLAINE LONGSWORTH
Assistant United States Attorney  Assistant United States Attorney
Chief – Branch Offices            600 Church Street
600 Church Street                 Flint, Michigan 48502-1280
Flint, Michigan 48502-1280        Phone: (810) 766-5177
Phone: (810) 766-5177             Blaine.longsworth@usdoj.gov
anthony.vance@usdoj.gov           P55984
P61148

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:23-cr-20584<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 10-18-2023<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | **AUSA's Initials: BL** |

**Case Title:** USA v. CALVIN V. ATTYBERRY

**County where offense occurred:** Genesee

**Offense Type:** Felony

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 18, 2023
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.